Ward v City of New York (2024 NY Slip Op 02001)

Ward v City of New York

2024 NY Slip Op 02001

Decided on April 11, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: April 11, 2024

Before: Gesmer, J.P., Shulman, Higgitt, Rosado, JJ. 

Index No. 400564/13 Appeal No. 2041[M-608] Case No. 2022-01945 

[*1]Jane Ward, Plaintiff-Appellant,
v
The City of New York, et al., Defendants-Respondents, Caroline Drewes-Pessel, M.D., et al., Defendants.

G. Wesley Simpson PC, Brooklyn (G. Wesley Simpson of counsel), for appellant.

Appeal from order, Supreme Court, New York County (George J. Silver, J.), entered March 23, 2021, which, in this action for medical malpractice, denied plaintiff's motion for a further deposition of defendants Ming Tsai, M.D. and Judith Bautista, M.D., unanimously dismissed, without costs.
Rulings directed to an examination before trial, whether made upon motion papers or not, are not appealable as of right (see Tommy Hilfiger U.S.A. v Insurance Co. of N. Am ., 239 AD2d 255 [1st Dept 1997]). Furthermore, we decline to consider plaintiff's notice of appeal as an application for leave to appeal (CPLR 5701 [c]).
M-608 - Jane Ward v City of New York, et al. Motion to dismiss the appeal, granted. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: April 11, 2024